SHAW, Justice.
We have for review Blount v. State, 641 So.2d 200 (Fla. 4th DCA 1994), wherein the district court relied on Bouters v. State, 634 *127 So.2d 246 (Fla. 5th DCA 1994), to affirm a trial court order finding Florida’s stalking statute, section 784.048, Florida Statutes (Supp.1992), constitutional. We have jurisdiction. Art. V, § 3(b)(3), Fla. Const.
We recently reviewed Bouters and found the statute constitutional. See Bouters v. State, No. 83,558, — So.2d — [1995 WL 242403] (Fla. Apr. 27, 1995). Accordingly, we approve the district court decision in Blount
It is so ordered.
GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.